ESTHER JABLOWSKY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 25297.)

Argued March 9, 1944; decided April 20, 1944.

*Edward J. Ledogar* for appellant.

*Nathaniel L. Goldstein,* Attorney-General (*Gerald J. Carey* and *Orrin G. Judd* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY and THACHER, JJ.